UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY, | 1:12-cv-01726 GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| PAUL COPENHAVER, | |
| Defendant. | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff filed the Complaint commencing this action on October 19, 2012, together with a handwritten request to be excused from paying the filing fee for this action. (Docs. 1, 2.) Plaintiff's request does not contain all of the information required by the Court. The Court shall sent Plaintiff an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 to complete and return to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the form for application to proceed in forma pauperis;

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action; and

1

3.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the Complaint; and

4.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 25, 2012**                     /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE