# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PAUL COPENHAVER,<br><br>　　　　　Defendant. | 1:12-cv-01726-LJO-GSA-PC-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APOSTILLE<br>(Doc. 16.) |

　　　　Matthew James Dury ("Plaintiff") is a federal prisoner proceeding pro se with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). Plaintiff filed the Complaint commencing this action on October 19, 2012. (Doc. 1.) On November 13, 2012, Plaintiff filed a "Motion for Apostille," requesting the Court to grant his request to renounce United States citizenship under the Fourteenth Amendment. (Doc. 16.) Plaintiff is advised that such relief is not available in a Bivens action. Therefore, IT IS HEREBY ORDERED that Plaintiff's "Motion for Apostille" is DENIED.

IT IS SO ORDERED.

　　Dated:　**April 13, 2013**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE