UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAUL COPENHAVER,<br><br>    Defendant. | 1:12-cv-01726-LJO-GSA-PC<br><br>ORDER DENYING MOTION TO PROCEED WITH INDICTMENT OR CRIMINAL COMPLAINT<br>(Doc. 20.) |

Matthew James Dury ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). Plaintiff filed the Complaint commencing this action on October 19, 2012. (Doc. 1.)

On December 17, 2012, Plaintiff filed a motion for an indictment or criminal complaint. (Doc. 20.) Plaintiff seeks to proceed with an indictment or criminal complaint against defendant Copenhaver.

No such relief is available in this Bivens action. Moreover, Plaintiff is advised that this Court cannot initiate investigative proceedings. These matters are properly conducted by federal law enforcement agencies, such as the Federal Bureau of Investigation (the "FBI"). Therefore, Plaintiff's motion shall be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to proceed with an indictment or criminal complaint, filed on December 17, 2012, is DENIED.

IT IS SO ORDERED.

Dated: **April 13, 2013**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE