# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>      Plaintiff,<br><br>  vs.<br><br>PAUL COPENHAVER,<br><br>      Defendant. | 1:12-cv-01726-LJO-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUESTS TO ASSIGN CASES TO JUDGE LAWRENCE O'NEILL AND TO BE PLACED IN WITNESS PROTECTION<br>(Doc. 19.) |

      Matthew James Dury ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 19, 2012.  (Doc. 1.)

      On November 30, 2012, Plaintiff filed a request for the court to assign all of his pending cases to District Judge Lawrence J. O'Neill   (Doc. 19.)  Plaintiff asserts that he "cannot in any way comply with court orders in different cases that are ordering me to send in the same documents."  Id.  Plaintiff also requests "immediate witness protection."  Id.

      Upon the filing of the complaint, civil actions at this Court are assigned at random to a Judge by means of an Automated Case Assignment System.  Local Rule Appendix A(a),(b).  With limited exceptions not applicable to this case, "[n]o action, once assigned, shall be reassigned to any other Judge."  Local Rule Appendix A(f).  Therefore, Plaintiff's request for reassignment of his cases must be denied.

With respect to Plaintiff's request for "immediate witness protection," such relief is not available in this §1983 action.  Therefore, this request must also be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for reassignment of his pending cases to District Judge Lawrence O'Neill is DENIED; and

2. Plaintiff's request for "immediate witness protection" is DENIED.

IT IS SO ORDERED.

Dated:   **April 24, 2013**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE