UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>            Plaintiff,<br><br>    vs.<br><br>PAUL COPENHAVER,<br><br>            Defendant. | 1:12-cv-01726-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(Doc. 26.)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br>(Docs. 7, 9, 10, 20.) |

   Matthew James Dury ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On April 3, 2013, findings and recommendations were entered, recommending that Plaintiff's motions for preliminary injunctive relief filed on November 13, 2012 and December 17, 2012 be denied.  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,
///

the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 3, 2013, are ADOPTED in full; and
2. Plaintiff's motions for preliminary injunctive relief, filed on November 13, 2012 and December 17, 2012, are DENIED.

IT IS SO ORDERED.

Dated:   **May 16, 2013**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE