# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAUL COPENHAVER,<br><br>    Defendant. | 1:12-cv-01726-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(Doc. 31.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br>(Doc. 18.) |

      Matthew James Dury ("plaintiff") is a federal proceeding pro se in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 15, 2013, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief filed on November 26, 2012 be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file,

///

the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 15, 2013, are ADOPTED in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed on November 26, 2012 is DENIED.

IT IS SO ORDERED.

Dated: **June 3, 2013**　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE