UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL COPENHAVER,<br><br>　　　　Defendant. | 1:12-cv-01726-LJO-GSA-PC<br><br>ORDER DENYING MOTION<br>(Doc. 22.) |

　　　Matthew James Dury ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 19, 2012. (Doc. 1.)

　　　On December 17, 2012, Plaintiff filed a motion he titled "Motion to Unjust Court," in which he argues that four of his pending cases, including the present case, "are in default due to Defendants torture of Plaintiff and Court's failure to answer motions to this court or stop Defendant criminal torture of plaintiff." (Doc. 22.) Plaintiff requests as relief "to be free to starve on the street, then be fed and tortured day in day out." Id. Plaintiff fails to request any relief available in this action. Therefore, Plaintiff's motion filed on December 17, 2012, is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **June 12, 2013**                          **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE