UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY, | 1:12-cv-01726-LJO-GSA-PC |
| Plaintiff, | ORDER IN RESPONSE TO PLAINTIFF'S MOTION FOR CLARIFICATION (Doc. 6.) |
| vs. | |
| PAUL COPENHAVER, | ORDER DIRECTING CLERK TO SEND PLAINTIFF NEW VERSION OF INFORMATIONAL ORDER |
| Defendant. | |

Matthew James Dury ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 19, 2012. (Doc. 1.)

On November 13, 2012, Plaintiff filed a motion requesting clarification of specified parts of the Informational Order issued in this case by the court on October 24, 2012. Plaintiff poses questions and makes statements to the court concerning the information written in the Informational Order.

Plaintiff is advised that the court recently updated the Informational Order and is using a new version. The Clerk shall be directed to send Plaintiff the new version of the Informational Order, in expectation that it will clarify the information for Plaintiff.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. This order resolves Plaintiff's motion for clarification filed on November 13, 2012; and

2. The Clerk of Court is directed to send Plaintiff a copy of the court's updated Informational Order.

IT IS SO ORDERED.

Dated:  **July 16, 2013**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE